■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MCCLAIN, Appellant. [825 NYS2d 177]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered March 9, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and unauthorized use of a vehicle in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.